# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | 8:05CR186 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WILLIAM HANSEN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue trial by defendant William Hansen (Hansen) (Filing No. 44). Hansen seeks a continuance of the trial of this matter. Counsel for Hansen represents that Hansen will sign and file a waiver of speedy trial. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Hansen's motion to continue trial (Filing No. 44) is granted.

2. Trial of this matter is re-scheduled for **November 28, 2005,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **October 26, 2005 and November 28, 2005,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 26th day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge