```
                                          FILED
                                      US DISTRICT COURT
                                      DISTRICT OF NEBRASKA

                                        FEB 28 2006

                                       OFFICE OF THE CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR186 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| WILLIAM HANSEN, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant's Motion for Leave to File under Seal, filing ___. The Court, being full advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Clerk of the District Court shall seal Defendant's Motion for Leave to File under Seal and a statement to be filed by Defendant.

DATED this 28th day of February, 2006.

BY THE COURT:

_____
The Honorable Thomas D. Thalken
United States Magistrate Judge